

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00304-CV

**PLATINUM RECOVERY & RECYCLING, LLC**,
Appellant

v.

**A-1 SPECIALIZED SERVICES, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1428-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

Appellee's motion for extension of time to file a brief and motion to extend submission date is granted in part. We order appellee's brief due November 18, 2016. The appeal will be submitted on briefs only on November 18, 2016.

It is so **ORDERED** on November 8, 2016.

PER CURIAM

ATTESTED TO: _Keith E. Hottle_____
Keith E. Hottle
Clerk of Court